IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY BLACK, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 1:04-cv-567-MEF |
| | ) | |
| WILLIE THOMAS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on August 11, 2006 (Doc. #38), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that the petition for habeas corpus relief filed by Michael Anthony Black is DENIED and that this case is DISMISSED with prejudice.

DONE this 31st day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE